Case 12-47183 Doc 8 Filed 12/28/12 Entered 01/02/13 08:08:26 Desc Main Document Page 1 of 1

B3B (Official Form 3B) (11/11) — Cont.

12-47183:4.0:Application to Proceed In Forma Pauperis:Main Document Entered: 11/30/2012 12:21:41 PM by:Lisa Rafacz Page 4 of 4

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re _Elena Rodenko_      Case No. _12 B 47183_

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ _206_ on or before _1-4-13_

    $ _100_ on or before _1-18-13_

    $ _____ on or before _____

    $ _____ on or before _____

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                 (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _DEC 28 2012_

BY THE COURT:
_J. Cox_ _Jacqueline P. Cox_
United States Bankruptcy Judge